IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION FILE NO. 5:16-CV-00017-FL

| | |
|---|---|
| M.P. SOUTHERN,<br>On behalf of himself and all others similarly situated,<br><br>　　　Plaintiff,<br><br>v.<br><br>WAKEMED,<br><br>　　　Defendant. | **ORDER STRIKING PLAINTIFF'S<br>DEMAND FOR TRIAL BY JURY** |

Defendant WakeMed has moved the Court for an order striking Plaintiff's demand for trial by jury. The Court has considered WakeMed's motion and, for good cause shown, HEREBY ORDERS:

　　a.　　WakeMed's motion to strike plaintiff's jury demand is GRANTED.

　　b.　　Plaintiff's jury demand is ordered stricken as untimely, without prejudice to renew at the appropriate time.


SO ORDERED, this the 21st day of April, 2017.

_____
LOUISE W. FLANAGAN
United States District Court Judge