IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION FILE NO. 5:16-CV-00017-FL

| | |
|---|---|
| M.P. SOUTHERN,<br>On behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>WAKEMED,<br><br>    Defendant. | **ORDER STAYING DISCOVERY** |

Defendant WakeMed has moved the Court for a protective order and a stay of discovery pursuant to Rule 26(c) of the Federal Rules of Civil Procedure. The Court has considered WakeMed's motion and, for good cause shown, HEREBY ORDERS:

    a.    WakeMed's motion is GRANTED.

    b.    The parties shall exchange initial disclosures within 14 days of the entry of this order.

    c.    All other discovery in this matter, including any further proceedings relating to the parties' scheduling conference activities and this Court's consideration of the parties' joint report and plan, is hereby STAYED.

SO ORDERED, this the 21st day of April, 2017.

_____
LOUISE W. FLANAGAN
United States District Court Judge