UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

M.P. SOUTHERN, on behalf of himself          )
and all others similarly situated,           )
                                             )
                Plaintiff,                    )
                                             )
v.                                            )          **JUDGMENT**
                                             )
WAKEMED,                                      )          No. 5:16-CV-17-FL
                                             )
                Defendant.                    )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion for judgment on the pleadings.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 30, 2018, and for the reasons set forth more specifically therein, that defendant's motion for judgment on the pleadings is granted.

**This Judgment Filed and Entered on March 30, 2018, and Copies To:**

Robert E. Fields, III  (via CM/ECF Notice of Electronic Filing)
J. Michael Malone (via CM/ECF Notice of Electronic Filing)
Jeffrey R. Whitley  (via CM/ECF Notice of Electronic Filing)
Matthew Nis Leerberg (via CM/ECF Notice of Electronic Filing)
Dorothy H. Cornwell (via CM/ECF Notice of Electronic Filing)

March 30, 2018                           PETER A. MOORE, JR., CLERK


                                          /s/ Susan W. Tripp
                                         (By) Susan W. Tripp, Deputy Clerk